UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| DEJANA GAVRILOVIC ) | |
| ) | CASE NO. A14-56148-BEM |
| ) | |
| DEBTOR ) | |

## MOTION TO DISMISS

Comes now MARY IDA TOWNSON, TRUSTEE in the above styled matter, and respectfully shows the Court as follows:

1. Debtor filed a petition for relief under Chapter 13.

2. Debtor has failed to comply with this Court's Order requiring regular monthly payments to the Trustee. As of December 14, 2015, the Debtor should have paid $24,000.00. The Debtor has paid a total of $20,400.00, causing a delinquency of $3,600.00.

WHEREFORE, the Chapter 13 Trustee requests this case be dismissed.

/S/
MARY IDA TOWNSON,TRUSTEE
State Bar No. 715063
191 Peachtree Street, Suite 2200
Atlanta, GA  30303-1740
(404) 525-1110

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: ) CHAPTER 13
DEJANA GAVRILOVIC )
) CASE NO. A14-56148-BEM
)
DEBTOR )

### NOTICE OF HEARING ON MOTION TO DISMISS CASE

PLEASE TAKE NOTE that the Chapter 13 Trustee has filed a Motion To Dismiss and related exhibits with the Court seeking an Order Of Dismissal.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **January 26, 2016** at **1:15 PM** in **Courtroom 1402**, **Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA, 30303**.

Failure to appear at the hearing or failure to resolve the matter prior to the hearing may result in the dismissal of your case.  You should read this motion carefully and discuss it with your attorney, if you have one in your bankruptcy case (if you do not have an attorney, you may wish to consult one).  If you do not want the Court to grant the dismissal of your case, you and/or your attorney must attend the hearing unless you have settled the matter prior to the hearing.

This day, December 18, 2015.

_____/s/_____
Mary Ida Townson
Standing Chapter 13 Trustee
State Bar No. 715063
191 Peachtree Street, Suite 2200
Atlanta, GA 30303
(404) 525-1110

## CERTIFICATE OF SERVICE

A14-56148-BEM

This is to Certify that I have this day served

| Trustee Address On File | Bankruptcy Court Address On File |
|---|---|
| DEJANA GAVRILOVIC<br>6229 JOHNSON RD<br>RIVERDALE, GA  30274 | (Same as Trustee Address) |

THE COCHRAN FIRM BKR, LLP
547 PONCE DE LEON AVENUE
SUITE 150
ATLANTA, GA  30308

with a copy of the foregoing Motion to Dismiss together with the Notice of Hearing on Motion to

Dismiss Case by depositing in the United States Mail a copy of same in a properly addressed

envelope with adequate postage thereon.

DATED: 12/18/2015

/S/
_____
MARY IDA TOWNSON, TRUSTEE
State Bar No. 715063
191 Peachtree Street, Suite 2200
Atlanta, GA  30303-1740
(404) 525-1110